In the United States District Court
for the District of Maryland

Wendy Simms

Plaintiff

v.                                  Civil Action AMD 00CV 3237

Continental Search &
Outplacement, Inc., et al.

Notice of Dismissal with Prejudice

Plaintiff hereby dismisses the above action against both Defendants with prejudice.

5/4/01
Date

Robert L. Kline, III, #4357
Law Office of Robert L. Kline, III
35 Franklin Blvd.
Reisterstown, Md. 21136
410-526-9551

cc: Wilbur W. Bolton, Esq.
    102 S. Parke Street
    Aberdeen, MD 21001

5/7/2001

APPROVED